Exhibit A to the Complaint

**Location:** Cresskill, NJ  
**Total Works Infringed:** 26  
**IP Address:** 108.35.34.252  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8CB2E9FCCCD0A0A1CAB0D1AF648B53EAC2AB3F78<br>File Hash:<br>AAD3457D8353D55772D7EF767D1B5AE03B3D0280DC3F27415FBF54817E4B7E10 | 10-04-2023 13:06:28 | Blacked Raw | 10-02-2023 | 10-18-2023 | PA0002435277 |
| 2 | Info Hash: E2F1FA105740A79E1F6760EE543771E399E7BC7E<br>File Hash:<br>B88DFB3FDC07345DDEF49F2E5FC5186217B958DD277E6770897F00934D014812 | 09-25-2023 12:01:44 | Blacked | 09-23-2023 | 10-17-2023 | PA0002435265 |
| 3 | Info Hash: AF8746382070C287BE048A3850E276C0BF19155A<br>File Hash:<br>23F0880C6A6D0B92DAF60086D2FB5D4E60CD448A879ACA653466E862608617FD | 09-19-2023 11:26:44 | Tushy | 09-17-2023 | 10-18-2023 | PA0002435347 |
| 4 | Info Hash: 34C9DA8AF8E8C173C22FCFB22236B3684A69F1CF<br>File Hash:<br>4341DD1B507D8D77B735F312041FD81B93BF477D91748195E90BC54B8C3CDD08 | 09-18-2023 11:41:44 | Blacked | 09-16-2023 | 10-18-2023 | PA0002435289 |
| 5 | Info Hash: 5A4E073E87F38F2C0D42AA26B1476210E4539CCB<br>File Hash:<br>055B299D8922314759E8F8344246885D13F17AF5BE062CB7661B6CAC3D6C349E | 08-01-2023 20:22:30 | Blacked | 07-30-2023 | 08-17-2023 | PA0002425764 |
| 6 | Info Hash: 2E7F1857614CC274AF20C9DD87F3C1174D770D1B<br>File Hash:<br>6A990F12169E46A2D505A3A56AD659568132F2A2612973AB9E0601770842B0C3 | 07-18-2023 12:49:03 | Blacked Raw | 07-17-2023 | 08-17-2023 | PA0002425535 |
| 7 | Info Hash: 5868129A7C59FF27730E9E1C4C3C8B13F3354F21<br>File Hash:<br>E39AB01B5889CF2F92651AD3328806701AE4D663E185745ABF0269A01B50B299 | 07-05-2023 12:09:55 | Blacked | 07-01-2023 | 07-13-2023 | PA0002420349 |
| 8 | Info Hash: 0F1B0D05E69005F0B20845F4CB65F76D7ECD7C58<br>File Hash:<br>538A84D53BBF4F55EDA21D8631F2B30B74FEED078C0BCD1FEF5120DDCE5E94E3 | 06-20-2023 16:39:08 | Vixen | 06-16-2023 | 07-13-2023 | PA0002420352 |
| 9 | Info Hash: 72BA14713A012A40E4D24E77CB0BE0E300CCCE3D<br>File Hash:<br>855C85F7D6D0CEAC1EAE0F836F8A1A8428915F82C593E26367276EFB30858D48 | 06-20-2023 11:53:00 | Blacked Raw | 06-18-2023 | 07-13-2023 | PA0002420357 |
| 10 | Info Hash: ACC005CC5540B73FD43F4D15ABAF01B7245E583F<br>File Hash:<br>38EA3BEBD5531AA9C70A2F4275A0A9F108E1F1BDA2C9CBB7B347BFEBBC5A2B84 | 06-15-2023 00:57:42 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 11 | Info Hash: 95D6896F17F918BE475E91C8119AF61086FC432A<br>File Hash:<br>EAED0212CC719E05161F9B17002F50E509D606AA30F6D9BCAE8E11908D32442F | 06-05-2023 11:26:57 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: CAED018EC1278C8F2E449F71E5898201BA515746<br>File Hash:<br>380236735C98C75A1B8485835D99AF43861C096964EAE54B6D035CB8E82CCC5F | 06-05-2023<br>11:25:36 | Blacked | 06-03-2023 | 06-09-2023 | PA0002415360 |
| 13 | Info Hash: 73FC532AC1B985A0D6A8AC0E61DBA029B4974E9B<br>File Hash:<br>E0FA800916BEE3A6270F1FB1D2A7B484B0450B1E815135A452D0CA7044B33664 | 05-17-2023<br>20:33:55 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 14 | Info Hash: 1093C8247752EBFE1ECA68BD32CE7D2733601137<br>File Hash:<br>82F1288089C268400FA4A72DF754200177E19829C0328CB1F163C842B6537B3E | 05-12-2023<br>01:51:53 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 15 | Info Hash: 74E11E3524B76B6E37D22F1200AFE49C2CB3CDFE<br>File Hash:<br>7585140E235E96F4BD705D67A00B86454206B422718DDDB2D673F9CEC873639B | 03-07-2023<br>12:23:48 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 16 | Info Hash: B3CF1BC90895F4A5C53C9B30A7EB76F20B525656<br>File Hash:<br>A92FCFF6E4F800D2DC258FF1F12F6581EDDC834A3A47873F8CAC6636C8636108 | 01-23-2023<br>01:47:08 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 17 | Info Hash: 3ADC06A6C923495B15747095E6D9ED7967551D88<br>File Hash:<br>19ACB54F165E4750C1C884F2831004F8BBC50AE609EFFE5CF8EA787A474E895F | 01-16-2023<br>16:33:36 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 18 | Info Hash: C0A2ECD28E56C3B0C99FFB648519AE03B45CD352<br>File Hash:<br>546410AC2AB27879EB515B7BE995E2B772F4D93C2BAF048BC57CB7DED82661A3 | 01-11-2023<br>14:52:33 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 19 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash:<br>E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 01-10-2023<br>18:29:53 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 20 | Info Hash: 00C56C20D92364F6582DFFD455CBECFB42580CEB<br>File Hash:<br>98FCFFFAD004377A839F752D05E1B458CD0CE36DB3BD98D65545D27F32C477EE | 01-05-2023<br>12:43:13 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 21 | Info Hash: A98F02DE1EFDD9DB1FDB3F0A961B575A953BC224<br>File Hash:<br>41BA1C306D734E894BDA3BD0DDB884B84D53C8BD5A7DBE1EA00642217EFB88A5 | 11-14-2022<br>12:16:33 | Blacked Raw | 11-10-2022 | 01-27-2023 | PA0002393082 |
| 22 | Info Hash: 536ABC94E6CDF73726BABE11B761EF2FE1FBCDF2<br>File Hash:<br>1A4AB873A4D067DEDDFA89D43DE68DE095AE8A34C247496C16B2E84F3C6C80EF | 11-14-2022<br>12:12:36 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 23 | Info Hash: 7DFD7054EC044D7382229CAC29482FF09B4A78B4<br>File Hash:<br>BCDD15907FDBD565AE5238658FBD2C07E950E8AEA04D6FB530B337FD59252F27 | 11-03-2022<br>19:26:17 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: ECE7258EB3599A33728969D13171F844B0EEFDB3<br>File Hash: BAA9A9A0CF3BDD30B0A91CA8921EB5E38DC987CD56648AFD2BB407355992640E | 11-03-2022 18:57:19 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 25 | Info Hash: 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C<br>File Hash: 586893E43CB7D0015D78CEB0A8BCD237A3DA3E6EA2BDE57CF7D7278B51BC54BC | 10-24-2022 12:09:30 | Blacked Raw | 07-01-2018 | 07-26-2018 | PA0002112161 |
| 26 | Info Hash: A20663D7352E7CB123646C56953D70B4B1A9DB27<br>File Hash: D4777437331085D9F83529F722265DFAD5117630DB84AAE1C0850A6A96FB67CA | 10-11-2022 11:58:52 | Blacked Raw | 05-17-2018 | 06-19-2018 | PA0002126644 |